UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE STEVEN THOMSON AND ASTER KIFLE-THOMPSON, _____ / | No. Misc 09-80010   MHP<br><br>**ORDER RE APPLICATION TO PROCEED IN FORMA PAUPERIS** |

    IT IS ORDERED that the application to proceed in forma pauperis is GRANTED and all filing and docketing fees with respect to this appeal are waived.

Dated: February 2, 2009

MARILYN HALL PATEL
United States District Judge